**Exhibit #3 - "5.11.2016 Demand for Arbitration"**

# AMERICAN ARBITRATION ASSOCIATION
# ONLINE FILING ACKNOWLEDGEMENT

**This confirmation serves as the Demand for Arbitration or Request for Mediation for this filing.**
**To institute proceedings, please send a copy of this form and the parties' dispute resolution agreement to the opposing party.**
**Case # : 01-16-0001-7288**
This will acknowledge receipt of a request for dispute resolution services for the claim and parties detailed below.

| | |
|---|---|
| This claim has been filed for | Arbitration |
| This matter has been filed in accordance with | Employment Arbitration Rules |
| The fee paid at the time of filing was | $2,000.00 |
| This request was received by the AAA on | 11-May-2016 |

**Claim Description**
Breach of employment contract by employee
Claim Amount                                    $75,000.00
Do you have a Non-monetary aspect to your claim?   Y
Additional Damages

Amount

Wage Code
**Fee Schedule Option**                         Flexible
**ADR Agreement**                               Agreement states that dispute to be resolved at AAA in NYC

**Parties and Representatives**

**Party 1**

| | |
|---|---|
| Category | Employer |
| Name | |
| Company Name | Fox News Network LLC |
| Address | 1211 Avenue of the Americas |
| | new york, NY 10036 |
| Phone | |
| Fax | |
| Email | Dianne.Brandi@FoxNews.com |
| The Party is the | Company |

**Representative 1**

| | |
|---|---|
| Name | Barry Lewis Asen |
| Firm Name | Epstein Becker & Green |
| Address | 250 Park Ave, |
| | NY, NY 10177 |
| Phone | |
| Fax | |
| Email | BAsen@ebglaw.com |

**Party 2**

| | |
|---|---|
| Category | Employee |

| | |
|---|---|
| Name | Andrea Tantaros |
| Company Name | |
| Address | 154 West 70th Street |
| | new york, NY 10023 |
| Phone | |
| Fax | |
| Email | ATantaros@gmail.com |
| The Party is the | Individual |

**Representative 2**

| | |
|---|---|
| Name | Judd Burstein |
| Firm Name | Judd Burstein, PC |
| Address | 5 Columbus Circle |
| | NY, NY 10019 |
| Phone | |
| Fax | |
| Email | JBurstein@Burlaw.com |