**Exhibit #4 - "Michael G. Berger Arbitrator Disclosure"**

## ARBITRATOR DISCLOSURE

**FOX NEWS ET AL V ANDREA TANTAROS ET AL**

CASE NO. 01-16-0001-7288

Based upon the materials I have reviewed to date, I make the following disclosure:

Ronald Green, Esq., and Barry Asen, Esq., of Epstein Becker Green, and Judd Burstein, Esq., have been listed as possible witnesses, as of an August 23, 2016 Checklist.

<u>Ronald Green/Barry Asen</u>

I was of counsel to Epstein Becker Green from 1987 to 1997, in addition to my own practice, and was a subtenant of the firm during that period.

During that time, I worked on a number of matters with various members of the firm, was sent business from the firm, and occasionally represented some of the lawyers in the firm, including Mr. Green, individually.

In 1997, I moved to my own space within the same building, but maintained occasional professional contact over the years with various lawyers in the firm, including Mr. Green. I had only very incidental and occasional contact with Mr. Asen in the 2010s, and had no discussions regarding any aspects of the merits of this case with either Mr. Green or Mr. Asen.

In 2020, I closed my office during the pandemic, and have had no contact with either Mr. Green or Mr. Asen since at least 2020.

<u>Judd Burstein</u>

I worked with Mr. Burstein, together with a third attorney, as co-counsel on a number of litigation matters during the 1980s and 1990s. I have had no contact with him for at least ten or fifteen years.

I make this Disclosure solely for completeness, and no aspect of any interaction that I may have had with either Mr. Green, Mr. Asen, or Mr. Burstein would affect my ability to serve as an impartial arbitrator in this matter.

May 19, 2023
New York, New York                    /s/Michael G. Berger
                                       Michael G. Berger