**Exhibit #8 - "12.19.23 Gomez Email Threatening Termination of Arbitration"**

Good morning,

After careful review of our records, as of this date we have not received Fox News Network, LLC's deposit and Andrea Tantaros' deposit to cover the arbitrators' compensation.

Failure to make deposits may result in the arbitrators suspending the proceeding.

At this time, we are inquiring as to whether Respondents William Shine and/or The Estate of Roger Ailes are willing to cover the deposits to avoid any possible interruption in the progress of the case. While we would prefer not to make this request, the burden of funding this process falls on the parties. Neither the AAA nor the arbitrators can cover these costs.

On December 19, 2023, we will advise the arbitrators of the amounts on deposit and, pursuant to the Rules, the arbitrators may determine to suspend or terminate this proceeding should any deposits remain outstanding.