**Exhibit #11 - "Arbitrator Order of 6.10.24"**

TO: Michele Gomez

Cc: Michael Berger
    Dennis Cavanaugh

RE: Fox News Network, LLC, Dianne Brandi,
    Irena v. Andrea Tantaros
    Case 01-16-0001-7288

### ORDER

After conferring on this matter and in light of the substantial disagreement between the parties as evidenced by their most recent submissions, the Panel has concluded that Paragraph 3 of the Order is non-mandatory.

DATE July 10, 2024                    *[signature]*

Howard C. Edelman, Esq.
Chair of the Panel
on behalf of
Hon. Dennis Cavanaugh
and
Michael Berger, Esq.
Members of the Panel