**Exhibit #14 - "AAA Fee Invoices to Petitioner"**

AMERICAN ARBITRATION ASSOCIATION | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

| | |
|---|---|
| **Statement Date** | 17-Apr-2022 |
| **Balance Currently Due** | $79,520.00 |
| **Case #** | 01-16-0001-7288-2-MG |
| **Pay PIN**: 10697071 | |

# Summary Invoice/Statement

Andrea Tantaros
Astero
225 8th Avenue
Suite 885
New York, NY 10011

**Representing:** Andrea Tantaros

**Re:** Fox News Network, LLC, Dianne Brandi, Irena Briganti and Suzanne Scott
Vs.
Andrea Tantaros
Vs.
William Shine
Vs.
The Estate of Roger Ailes
Elizabeth Ailes

| Statement Date | Case # | Previous Balance | Credits/Cancellations | New Charges | Statement Balance |
|---|---|---|---|---|---|
| 17-Apr-2022 | 01-16-0001-7288 | $79,520.00 | $0.00 | $0.00 | $79,520.00 |

| Bill Line Date | Bill Line # | Description | Amount | Credits/Cancellations | Balance | Due Date |
|---|---|---|---|---|---|---|
| 04-Jan-2019 | 12315303 | Arbitrator's Compensation | $845.00 | $0.00 | $845.00 | 04-Jan-2019 |
| 17-Aug-2017 | 12029205 | Additional deposit request (Edelman) | $3,775.00 | $0.00 | $3,775.00 | 14-Mar-2018 |
| 16-Aug-2017 | 12028436 | Additional deposit request (Berger) | $30,000.00 | $0.00 | $30,000.00 | 14-Mar-2018 |
| 05-Jun-2017 | 11988827 | Final Fee | $12,500.00 | $12,500.00 | $0.00 | 05-Jun-2017 |
| 05-Jun-2017 | 11988826 | Administrative Fee for Counterclaim | $13,000.00 | $13,000.00 | $0.00 | 05-Jun-2017 |
| 04-May-2017 | 11972602 | Arbitrator Kehoe's Expenses for Air Travel and Hotel Stay | $3,150.00 | $2,650.00 | $500.00 | 14-Mar-2018 |
| 04-May-2017 | 11972599 | Arbitrator Kehoe's Compensation For Travel Time to Hearings | $7,350.00 | $0.00 | $7,350.00 | 14-Mar-2018 |
| 04-May-2017 | 11972596 | Arbitrator Berger's Deposit for Post-Hearing Study and Award Writing | $7,500.00 | $0.00 | $7,500.00 | 14-Mar-2018 |
| 04-May-2017 | 11972592 | Arbitrator Edelman's Deposit for Post-Hearing Study and Award Writing | $9,100.00 | $9,100.00 | $0.00 | 14-Mar-2018 |
| 04-May-2017 | 11972588 | Arbitrator Kehoe's Deposit for Post-Hearing Study and Award Writing | $1,750.00 | $0.00 | $1,750.00 | 14-Mar-2018 |
| 04-May-2017 | 11972583 | Arbitrator Berger's Additional Deposit for Hearing Compensation | $9,000.00 | $0.00 | $9,000.00 | 14-Mar-2018 |
| 04-May-2017 | 11972580 | Arbitrator Edelman's Additional Deposit for Hearing Compensation | $9,000.00 | $0.00 | $9,000.00 | 14-Mar-2018 |
| 04-May-2017 | 11972578 | Arbitrator Kehoe's Additional Deposit for Hearing Compensation | $9,800.00 | $0.00 | $9,800.00 | 14-Mar-2018 |
| 04-May-2017 | 11972576 | Arbitrator Berger's Additional Pre-Hearing Compensation Deposit | $3,000.00 | $3,000.00 | $0.00 | 05-Jun-2017 |
| 04-May-2017 | 11972572 | Arbitrator Edelman's Additional Pre-Hearing Compensation Deposit | $6,175.00 | $6,175.00 | $0.00 | 05-Jun-2017 |
| 04-May-2017 | 11972569 | Arbitrator Kehoe's Additional Pre-Hearing Compensation Deposit | $2,625.00 | $2,625.00 | $0.00 | 05-Jun-2017 |
| 31-Oct-2016 | 11869829 | Arbitrator Berger's Compensation for all Study. | $4,500.00 | $4,500.00 | $0.00 | 01-Dec-2016 |
| 31-Oct-2016 | 11869805 | Arbitrator Kehoe's Compensation for Study. | $1,750.00 | $1,750.00 | $0.00 | 24-Feb-2017 |
| 31-Oct-2016 | 11869803 | Arbitrator Edelman's Compensation for Study. | $3,250.00 | $3,250.00 | $0.00 | 24-Feb-2017 |
| 31-Oct-2016 | 11869798 | Arbitrator Berger's Compensation for Study. | $3,000.00 | $3,000.00 | $0.00 | 24-Feb-2017 |
| 31-Oct-2016 | 11869796 | Arbitrator Kehoe's Compensation for one day of hearing. | $1,225.00 | $1,225.00 | $0.00 | 24-Feb-2017 |
| 31-Oct-2016 | 11869794 | Arbitrator Edelman's Compensation for one day of hearing. | $1,500.00 | $1,500.00 | $0.00 | 24-Feb-2017 |

**Corporate Address and Tax ID**: American Arbitration Association, 120 Broadway, 21st Floor, New York, NY 10271, EIN: 13-0429745



| | | | Statement Date |
|---|---|---|---|
| | | | 17-Apr-2022 |
| | | | **Balance Currently Due** |
| | | | $79,520.00 |
| | | | **Case #** |
| | | | 01-16-0001-7288-2-MG |
| | | | **Pay PIN**: 10697071 |

| Date | Invoice # | Description | Amount | | | |
|---|---|---|---|---|---|---|
| 31-Oct-2016 | 11869791 | Arbitrator Berger's Compensation for one day of hearing. | $1,500.00 | $1,500.00 | $0.00 | 24-Feb-2017 |
| 31-Oct-2016 | 11869789 | Arbitrator Kehoe's Compensation for Preliminary Study | $875.00 | $875.00 | $0.00 | 01-Dec-2016 |
| 31-Oct-2016 | 11869787 | Arbitrator Edelman's Compensation for Preliminary Study | $1,625.00 | $1,625.00 | $0.00 | 01-Dec-2016 |
| 31-Oct-2016 | 11869785 | Arbitrator Berger's Compensation for Preliminary Study | $1,500.00 | $1,500.00 | $0.00 | 01-Dec-2016 |

| Statement Balance | Balance Currently Due |
|---|---|
| $79,520.00 | $79,520.00 |

**Corporate Address and Tax ID**: American Arbitration Association, 120 Broadway, 21st Floor, New York, NY 10271, EIN: 13-0429745

| |
|---|
| **Statement Date** |
| 17-Apr-2022 |
| **Balance Currently Due** |
| $79,520.00 |
| **Case #** |
| 01-16-0001-7288-2-MG |

**Pay PIN**: 10697071

# Payment Options

**Paying by Credit Card or eCheck**
To pay with a credit card or eCheck online, go to www.adr.org, click on "*File or Access your Case*" and then select "*Quick Pay an Invoice*" and use this **Pay PIN**: **10697071**.

**Wire Transfer**
As information transmitted by the bank is often truncated due to limited space, please email your reference information (Case #/Bill Line #/Program #/Party Name) with the date and amount of your wire, to ensure that your payment is credited promptly and correctly (e.g. 011400021841 P1 or #1234567 P2 or EDU1234). Please email as follows:

For active cases: send to your AAA case representative and corpfinance@adr.org
For new filings (where your case number is not known): send to casefiling@adr.org and corpfinance@adr.org

FOR WIRES / ACH / EFT
    **Name of Bank:** Wells Fargo Bank
    **Address:** 150 East 42nd Street, 24th FL., New York, NY 10017, USA
    **Account Name:** AAA/American Arbitration Association
    **Account Number:** 2000017952068
    **ABA/Transit Number:** 121000248
    **Reference:** Case # and Bill Line #/Party Name; or Program # (as applicable)
    **Swift Code/BIC:** WFBIUS6S

Note: Please take steps to ensure that your bank does in fact wire the entire amount to our account. From time to time, certain banks will keep a portion of the wire transfer for their own service fee, leaving a balance due to the AAA/ICDR.

**Paying by Check**
*Payment by mailing checks is strongly discouraged due to significant disruptions in mail delivery as a result of COVID-19.*

In the event that this is the only way you are able to make a payment, please return this page with your payment (please indicate the Case # on the check) to:

    13727 Noel Road
    Suite 700
    Dallas, TX 75240
    Telephone: (972)702-8222
    Fax: (855)267-4082

**Corporate Address and Tax ID**: American Arbitration Association, 120 Broadway, 21st Floor, New York, NY 10271, EIN: 13-0429745

Page 3 of 3

**AMERICAN ARBITRATION ASSOCIATION** | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

| | |
|---|---|
| **Statement Date** | |
| 17-Dec-2023 | |
| **Balance Currently Due** | |
| $20,500.00 | |
| **Case #** | |
| 01-16-0001-7288-2-MG | |

Case Manager: Michele Gomez [MicheleGomez@adr.org](mailto:MicheleGomez@adr.org)

**Pay PIN**: 10697071

# Summary Invoice/Statement

Andrea Tantaros
Astero
225 8th Avenue
Suite 885
New York, NY 10011

**Representing:** Andrea Tantaros

Re: Fox News Network, LLC, Dianne Brandi, Irena Briganti and Suzanne Scott
Vs.
Andrea Tantaros
Vs.
William Shine
Vs.
The Estate of Roger Ailes
Elizabeth Ailes

**To pay online directly, [click here](.).**

| Statement Date | Case # | Previous Balance | Credits/Cancellations | New Charges | Statement Balance |
|---|---|---|---|---|---|
| 17-Dec-2023 | 01-16-0001-7288 | $20,500.00 | $0.00 | $0.00 | $20,500.00 |

| Bill Line Date | Bill Line # | Description | Amount | Credits/Cancellations | Balance | Due Date |
|---|---|---|---|---|---|---|
| 16-Nov-2023 | 13834525 | Arbitrator's Compensation | $20,500.00 | $0.00 | $20,500.00 | 16-Nov-2023 |
| 04-Jan-2019 | 12315303 | Arbitrator's Compensation | $845.00 | $845.00 | $0.00 | 04-Jan-2019 |
| 17-Aug-2017 | 12029205 | Additional deposit request (Edelman) | $3,775.00 | $3,775.00 | $0.00 | 14-Mar-2018 |
| 16-Aug-2017 | 12028436 | Additional deposit request (Berger) | $30,000.00 | $30,000.00 | $0.00 | 14-Mar-2018 |
| 05-Jun-2017 | 11988827 | Final Fee | $12,500.00 | $12,500.00 | $0.00 | 05-Jun-2017 |
| 05-Jun-2017 | 11988826 | Administrative Fee for Counterclaim | $13,000.00 | $13,000.00 | $0.00 | 05-Jun-2017 |
| 04-May-2017 | 11972602 | Arbitrator Kehoe's Expenses for Air Travel and Hotel Stay | $3,150.00 | $3,150.00 | $0.00 | 14-Mar-2018 |
| 04-May-2017 | 11972599 | Arbitrator Kehoe's Compensation For Travel Time to Hearings | $7,350.00 | $7,350.00 | $0.00 | 14-Mar-2018 |
| 04-May-2017 | 11972596 | Arbitrator Berger's Deposit for Post-Hearing Study and Award Writing | $7,500.00 | $7,500.00 | $0.00 | 14-Mar-2018 |
| 04-May-2017 | 11972592 | Arbitrator Edelman's Deposit for Post-Hearing Study and Award Writing | $9,100.00 | $9,100.00 | $0.00 | 14-Mar-2018 |
| 04-May-2017 | 11972588 | Arbitrator Kehoe's Deposit for Post-Hearing Study and Award Writing | $1,750.00 | $1,750.00 | $0.00 | 14-Mar-2018 |
| 04-May-2017 | 11972583 | Arbitrator Berger's Additional Deposit for Hearing Compensation | $9,000.00 | $9,000.00 | $0.00 | 14-Mar-2018 |
| 04-May-2017 | 11972580 | Arbitrator Edelman's Additional Deposit for Hearing Compensation | $9,000.00 | $9,000.00 | $0.00 | 14-Mar-2018 |
| 04-May-2017 | 11972578 | Arbitrator Kehoe's Additional Deposit for Hearing Compensation | $9,800.00 | $9,800.00 | $0.00 | 14-Mar-2018 |
| 04-May-2017 | 11972576 | Arbitrator Berger's Additional Pre-Hearing Compensation Deposit | $3,000.00 | $3,000.00 | $0.00 | 05-Jun-2017 |
| 04-May-2017 | 11972572 | Arbitrator Edelman's Additional Pre-Hearing Compensation Deposit | $6,175.00 | $6,175.00 | $0.00 | 05-Jun-2017 |
| 04-May-2017 | 11972569 | Arbitrator Kehoe's Additional Pre-Hearing Compensation Deposit | $2,625.00 | $2,625.00 | $0.00 | 05-Jun-2017 |
| 31-Oct-2016 | 11869829 | Arbitrator Berger's Compensation for all Study. | $4,500.00 | $4,500.00 | $0.00 | 01-Dec-2016 |
| 31-Oct-2016 | 11869805 | Arbitrator Kehoe's Compensation for Study. | $1,750.00 | $1,750.00 | $0.00 | 24-Feb-2017 |
| 31-Oct-2016 | 11869803 | Arbitrator Edelman's Compensation for Study. | $3,250.00 | $3,250.00 | $0.00 | 24-Feb-2017 |

**Corporate Address and Tax ID**: American Arbitration Association, 120 Broadway, 21st Floor, New York, NY 10271, EIN: 13-0429745



| | Statement Date |
|---|---|
| | 17-Dec-2023 |
| | **Balance Currently Due** |
| | $20,500.00 |
| | **Case #** |
| | 01-16-0001-7288-2-MG |
| | Case Manager: Michele Gomez MicheleGomez@adr.org |
| | **Pay PIN**: 10697071 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 31-Oct-2016 | 11869798 | Arbitrator Berger's Compensation for Study. | $3,000.00 | $3,000.00 | $0.00 | 24-Feb-2017 |
| 31-Oct-2016 | 11869796 | Arbitrator Kehoe's Compensation for one day of hearing. | $1,225.00 | $1,225.00 | $0.00 | 24-Feb-2017 |
| 31-Oct-2016 | 11869794 | Arbitrator Edelman's Compensation for one day of hearing. | $1,500.00 | $1,500.00 | $0.00 | 24-Feb-2017 |
| 31-Oct-2016 | 11869791 | Arbitrator Berger's Compensation for one day of hearing. | $1,500.00 | $1,500.00 | $0.00 | 24-Feb-2017 |
| 31-Oct-2016 | 11869789 | Arbitrator Kehoe's Compensation for Preliminary Study | $875.00 | $875.00 | $0.00 | 01-Dec-2016 |
| 31-Oct-2016 | 11869787 | Arbitrator Edelman's Compensation for Preliminary Study | $1,625.00 | $1,625.00 | $0.00 | 01-Dec-2016 |
| 31-Oct-2016 | 11869785 | Arbitrator Berger's Compensation for Preliminary Study | $1,500.00 | $1,500.00 | $0.00 | 01-Dec-2016 |

| Statement Balance | Balance Currently Due |
|---|---|
| $20,500.00 | $20,500.00 |

**Corporate Address and Tax ID**: American Arbitration Association, 120 Broadway, 21st Floor, New York, NY 10271, EIN: 13-0429745

Page 2 of 3



Northeast Case Management Center
Neil Currie
Vice President
1301 Atwood Avenue
Johnston, RI 02919
Telephone: (866)293-4053
Fax: (866)644-0234

October 1, 2024

Paul Evans, Esq.
Baker McKenzie LLP
452 Fifth Avenue
15th Floor
New York, NY 10018
Via Email to: paul.evans@bakermckenzie.com

Andrea Tantaros
Astero
225 8th Avenue
Suite 885
New York, NY 10011
Via Email to: andreanaktantaros@tutanota.com

Marion Bachrach, Esq.
Holland & Knight LLP
900 Third Avenue
20th Floor
New York, NY 10022
Via Email to: Marion.Bachrach@hklaw.com

Case Number: 01-16-0001-7288

Fox News Network, LLC, Dianne Brandi, Irena Briganti and Suzanne Scott
-vs-
Andrea Tantaros
-vs-
William Shine

Dear Parties:

The arbitrators have requested that the American Arbitration Association (the AAA) collect an additional $41,500 as a deposit for anticipated arbitrator compensation.

Payment is due by October 29, 2024.

Payments can be paid online using our Quick Pay option. A unique Pay PIN can be found on your invoice. To pay an invoice or statement, please visit www.adr.org, select "File or Access Your Case" and then choose "Quick Pay an Invoice."

Thank you for your attention, and please do not hesitate to contact me should you have any questions.

Case 1:25-cv-00961-VSB   Document 6-14   Filed 02/04/25   Page 8 of 8

Sincerely,

Michele Gomez
Director of ADR Operations
Direct Dial: (401) 431-4848
Email: MicheleGomez@adr.org

cc:    Hon. Dennis M. Cavanaugh
       Howard C. Edelman, Esq.
       Michael G. Berger, Esq.
       Jonathan N. Halpern, Esq.
       Krissy Katzenstein, Esq.
       Elliot Magruder, Esq.