UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
ANDREA K. TANTAROS,                                      :
                                                         :
                       Petitioner,          :
                                                         :       25-CV-961 (VSB)
             - against -                                :
                                                         :       <u>**ORDER**</u>
                                                         :
FOX NEWS NETWORK, LLC, *et al.*,                         :
                                                         :
                       Respondents.        :
                                                         :
--------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Before me is pro se Petitioner's Amended Petition requesting, among other things, a temporary restraining order and preliminary injunction. (Doc. 6.) The Respondents in this action are Fox News Network, LLC, Suzanne Scott, Irena Briganti, Dianne Brandi, William Shine, and Elizabeth Ailes, on behalf of the Estate of Roger Ailes. (*Id.*) Petitioner essentially requests that I halt her current arbitration proceedings before the arbitrators issue a final decision by February 7, 2025. (*Id.* ¶ 16.) However, Petitioner has not requested a summons as to any Respondent. I will not grant her ex parte request for a temporary restraining order and preliminary injunction when the Amended Petition has not been served on Respondents. Accordingly, it is hereby:

      ORDERED that the summons for each Respondent issue.

      IT IS FURTHER ORDERED that, after obtaining the issued summonses, Petitioner serve the Respondents with the Amended Complaint and its supporting documents.[1]

---

[1] On February 4, 2025, Petitioner consented to receive electronic service via the ECF system. (Doc. 5.)

IT IS FURTHER ORDERED that Petitioner file the respective affidavits of service by February 10, 2025.

SO ORDERED.

Dated: February 5, 2025
      New York, New York

Vernon S. Broderick
United States District Judge