UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

ANDREA K. TANTAROS

*Petitioner*;                                                                   1:25-cv-961 (VSB)

-against-

FOX NEWS NETWORK, LLC, SUZANNE SCOTT,
IRENA BRIGANTI, DIANNE BRANDI,
WILLIAM SHINE, ELIZABETH AILES ON
BEHALF OF THE ESTATE OF ROGER AILES

*Respondents*.
_____x

**DECLARATION OF ANDREA K. TANTAROS IN SUPPORT OF PETITIONER'S REPLY MEMORANDUM OF LAW IN OPPOSITION TO RESPONDENTS' MOTION TO DISMISS AND IN FURTHER SUPPORT OF PETITION FOR AN EMERGENCY TEMPORARY RESTRAINING ORDER, PERMANENT INJUNCTION AND VACATUR OF ARBITRATION FOR REMAND TO FEDERAL COURT**

I, Andrea K. Tantaros, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the Petitioner in the above-captioned matter and submit this Declaration in support of my Reply Memorandum of Law in Opposition to Respondents' Motion to Dismiss and in further support of my Petition for a Temporary Restraining Order, Permanent Injunction, and Vacatur of Arbitration under the Federal Arbitration Act, 9 U.S.C. § 10.

2. The factual statements and representations contained in the Reply Memorandum—including but not limited to the conduct of the arbitration panel, the AAA, Respondents and documents submitted as exhibits to my original Petition.

3. I affirm that I have consistently objected to the arbitration process, preserved my legal objections at every stage, and only seek judicial intervention now based on both new facts and information, and novel statutory violations that could not have been raised in prior proceedings.

4. I respectfully submit this Declaration in support of the factual allegations in my Reply and to affirm that all supporting materials previously submitted remain accurate and true.

Executed on March 28, 2025,

*/s/ Andrea K. Tantaros*

Andrea K. Tantaros

Petitioner, Pro Se