UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

ANDREA K. TANTAROS

*Petitioner*;

-against-

FOX NEWS NETWORK, LLC, SUZANNE SCOTT,
IRENA BRIGANTI, DIANNE BRANDI,
WILLIAM SHINE, ELIZABETH AILES ON
BEHALF OF THE ESTATE OF ROGER AILES

       *Respondents*.
_____x

## NOTICE OF MOTION FOR JUDICIAL RECUSAL OR REASSIGNMENT

PLEASE TAKE NOTICE that Petitioner Andrea Tantaros respectfully moves this Court before the Honorable Vernon S. Broderick, United States District Judge for the Southern District of New York, located at 40 Foley Square, New York, New York, at a date and time to be determined by the Court, for an Order:

1. Recusing Judge Vernon S. Broderick from the above-captioned proceeding pursuant to 28 U.S.C. § 455(a) and (b)(1), the Due Process Clause of the Fifth Amendment, and the Court's inherent authority to preserve impartiality; and

2. Reassigning this matter to an impartial Article III Judge with no prior professional relationship to the parties or their counsel, and no factual or procedural entanglements with the present or related proceedings; and

3. Granting such other and further relief as the Court may deem just and proper.

This Motion is based upon the accompanying Letter Motion dated April 10, 2025, and the record in this action.

Respectfully submitted,

*/s/ Andrea K. Tantaros*

Andrea K. Tantaros, Petitioner, *pro se*