**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANDREA K. TANTAROS,

                Petitioner,

-against-                                  25 **CIVIL** 961 (VSB)

## JUDGMENT

FOX NEWS NETWORK, LLC, et al.,

                Respondent.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 6, 2025, Petitioner's request for temporary restraining order and preliminary injunction, (Doc. 6), is DENIED, and Respondents' motion to dismiss, (Doc. 37), is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      August 8, 2025

                                              **TAMMI M. HELLWIG**
                                                  **Clerk of Court**

                        **BY:**        *K. Mango*

                                                    **Deputy Clerk**