# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Andrea Tantaros

Petitioner

(List the full name(s) of the plaintiff(s)/petitioner(s).)

25 CV 0961 ( VSB )(    )

-against-

**NOTICE OF APPEAL**

Fox News Network, LLC, William Shine, Suzanne Scott,

Irena Briganti, Dianne Brandi, The Estate of Roger Ailes, Respondents.

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Andrea K. Tantaros, Petitioner

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the   ☐ judgment   ☒ order   entered on:   August 6, 2025

(date that judgment or order was entered on docket)

that:

denies Petitioner's February 3, 2025 Emergency Petition for Temporary Restraining Order, Preliminary Injunction, Permanent Injunction, Enjoinment for litigation to proceed in open court, vacatur of Arbitration Decisions and Orders, and Rendering of Petitioner's Arbitration Clause unenforceable and null and void.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

August 14, 2025

Dated

Signature*

Andrea K. Tantaros

Name (Last, First, MI)

302A West 12th Street, Suite 120 | New York | New York | 10014
Address | City | State | Zip Code

andreanaktantaros@tutanota.com

917.923.5160

Telephone Number | E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13