S.D.N.Y. – N.Y.C.
25-cv-961
Broderick, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 02 2025
```

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of August, two thousand twenty-five.

Present:
    William J. Nardini,
    Steven J. Menashi,
    Maria Araújo Kahn,
        *Circuit Judges*.

---

In Re: Andrea K. Tantaros,

        *Petitioner*,

*********************************************

Andrea K. Tantaros,

        *Petitioner*,

v.                              25-1091

FOX News Network, LLC, et al.,

        *Respondents*.

---

Petitioner, Andrea K. Tantaros, proceeding pro se, filed a petition for a writ of mandamus on April 29, 2025 (1) directing the district court to rule on her petition for a temporary restraining order ("TRO"), (2) changing the case designation assigned to her district court proceeding, and (3) staying her ongoing arbitration with Respondents.

On August 20, we denied Petitioner's request to change the case designation as moot because the district court corrected the case caption during the pendency of the mandamus petition, and we

CERTIFIED COPY ISSUED ON 08/29/2025

denied Petitioner's request for a stay because Petitioner had not met the stay standard. We denied Petitioner's request for a writ of mandamus directing the district court to rule on her petition without prejudice to renewal if the district court failed to take action on the TRO application within a reasonable time.

However, the district court denied the petition for a TRO on August 6, 2025. We therefore vacate our order of August 20. It is hereby ORDERED that the petition is DENIED as moot as to Petitioner's request to change the case caption and to direct the court to rule on Petitioner's motion for a TRO. *See Barrett v. United States*, 105 F.3d 793, 794 (2d Cir. 1996) (per curiam) (denying mandamus petition as moot). It is further ORDERED that Petitioner's request for a stay is DENIED because petitioner has not met the stay standard. *See Nken v. Holder*, 556 U.S. 418, 426 (2009).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

2